NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000333
15-JAN-2014
08:50 AM

NO. CAAP-11-0000333

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SS&M AUTO PARTS, LLC, a Hawaii limited liability company,
formerly known as American Recycling,
Plaintiff-Appellant,
v.
SAND ISLAND BUSINESS ASSOCIATION, a Hawaii nonprofit corporation;
ISLAND WORKS, INC., a dissolved Hawaii corporation;
MICHAEL CHOCK, doing business as Mokihana Builders,
Defendants-Appellees,
and
DOES 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 05-1-0936)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant SS&M Auto Parts, LLC's Motion for Reconsideration filed on January 6, 2014, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, January 15, 2014.

Chief Judge

Associate Judge

Associate Judge